**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

| | |
|---|---|
| DAVID GONZALEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, EX REL-THE CLARK COUNTY SHERIFF'S OFFICE, SGT. ASPIAZU, 7117, CO HOOD, #9902,<br><br>    Defendants. | 2:17-cv-00607-JAD-VCF<br>**ORDER** |

On September 13, 2017, the Court referred this case to the Pro Bono Program for a limited appointment of counsel for the sole purpose of representation at the Inmate Early Mediation. (ECF No. 30). Pro Bono counsel has yet to be identified. The pro bono program will continue its efforts to secure limited appointment of counsel for the purpose of representation of Plaintiff at the Inmate Early Mediation. The Court will set the Inmate Early Mediation date in a subsequent order. If at the time of the Inmate Early Mediation, the pro bono program is unable to secure pro bono counsel, the Inmate Early Mediation will go forward without pro bono counsel and the case will no longer be referred to the pro bono program.

Accordingly,

IT IS HEREBY ORDERED that this case is stayed until January 3, 2018, to allow the parties an opportunity to settle their dispute.

DATED this 2nd day of November, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE