# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| DAVID GONZALEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, EX REAL-THE CLARK COUNTY SHERIFF'S OFFICE, *et al.*,<br><br>        Defendants. | 2:17-cv-00607-JAD-VCF<br>**ORDER** |

      Before the Court is the Motion Regarding the Court's Order of November 2, 2017. (ECF No. 36).

      Accordingly,

      IT IS HEREBY ORDERED that Motion Regarding the Court's Order of November 2, 2017 (ECF No. 36) is GRANTED and this case is removed from the Inmate Early Mediation Program. This case was referred to the pro bono program for the limited purpose of representation at the Inmate Early Mediation Program. This case is now removed from the pro bono program.

      DATED this 6th day of November, 2017.

                                                                      CAM FERENBACH<br>                                                                UNITED STATES MAGISTRATE JUDGE