# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DAVID GONZALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, EX REL-THE CLARK COUNTY SHERIFF'S OFFICE, SGT. ASPIAZU, 7117, CO HOOD, #9902, *et al.*,<br><br>Defendants. | 2:17-cv-00607-JAD-VCF<br>**ORDER** |

Before the Court are Plaintiff's Motion to Compel Discovery (ECF No. 39) and Motion to Extend Discovery Deadlines (ECF No. 41).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Plaintiff's Motion to Compel Discovery (ECF No. 39) and Motion to Extend Discovery Deadlines (ECF No. 41) is scheduled for 1:00 PM, March 14, 2018, in Courtroom 3D. Plaintiff is ordered to appear telephonically.

IT IS SO ORDERED.

DATED this 28th day of February, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE