# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| DAVID GONZALEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, EX REL.-THE CLARK COUNTY SHERIFF'S OFFICE, SGT. ASPIAZU, 7117, CO HOOD, #9902,<br><br>        Defendant. | 2:17-cv-00607-JAD-VCF<br>**<u>ORDER</u>** |

      Before the Court are Plaintiff's Motion to Extend Discovery Deadlines (ECF No. 57) and Defendants' Motion to Extend Discovery Deadlines (ECF No. 58).

      Both parties are seeking a 90-day discovery extension. Mr. Gonzalez is slightly off in his calculation. The current discovery cut-off is June 15, 2018. Ninety days from June 15, 2018 is September 13, 2018. In light of several upcoming holidays within the 90-day extension, the Court will extend the 90-day extension request to 94 days.

      Mr. Gonzalez also asks about the relevance of the internal affairs documents in his motion. (ECF No. 57 at p. 2). The court has addressed this issue on March 26, 2018. The Clerk of Court is directed to mail a copy of the Order regarding in camera production of internal affairs (ECF NO. 50) to Mr. Gonzalez.

      Accordingly, and for good cause shown,

      IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Discovery Deadlines (ECF No. 57) and Defendants' Motion to Extend Discovery Deadlines (ECF No. 58) are GRANTED and the following discovery deadlines apply:

1. DISCOVERY: Pursuant to LR 16-1(b), discovery in this action shall be completed on or before September 17, 2018.

2. Expert disclosures shall be made on or before July 19, 2018, and the disclosures of rebuttal experts shall be made on or before August 20, 2018.

3. Dispositive Motions shall be filed and served no later than October 17, 2018.

4. The Joint Pretrial Order is due by November 16, 2018. If dispositive motions are filed, the joint pretrial order is due thirty (30) days from the entry of the court's rulings on the motions or by further order of the court.

5. The Interim Status Report must be filed or before July 19, 2018.

DATED this 12th day of June, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE