# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

DAVID GONZALEZ,

    Plaintiff,

vs.

CLARK COUNTY, EX REL-THE CLARK COUNTY SHERIFF'S OFFICE, SGT. ASPIAZU, 7117, CO HOOD, #9902,

    Defendants.

2:17-cv-00607-JAD-VCF

**ORDER**

Before the court is Motion to Extend Dispositive Motions Deadline (ECF No. 68).

Defendants is seeking to extend the deadline to file dispositive motions to November 16, 2018.

Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. No opposition has been filed.

Accordingly,

IT IS HEREBY ORDERED that the Motion to Extend Dispositive Motions Deadline (ECF No. 68) is GRANTED.

DATED this 9th day of October, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE