# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

DAVID GONZALEZ,

        Plaintiff,

vs.

CLARK COUNTY, ex rel.- The Clark County Sheriff's Office, *et al.*,

        Defendants.

Case No.: 2:17-cv-00607-JAD-VCF

**REFERRAL TO PRO BONO PROGRAM**

This case is referred to the Pro Bono Program ("Program") adopted in General Order 2017-07 for the purpose of screening for financial eligibility (if necessary) and identifying counsel willing to be appointed as pro bono counsel for Plaintiff David Gonzalez. The scope of appointment will be for the limited purpose of representation at the settlement conference. By referring this case to the Program, the Court is not expressing an opinion as to the merits of the case. Accordingly,

**IT IS HEREBY ORDERED** that this case is referred to the Pro Bono Program for appointment of counsel for the purposes identified herein.

The settlement conference will be scheduled once pro bono counsel has been identified.

**IT IS FURTHER ORDERED** that the Clerk forwards this order to the Pro Bono Liaison.

DATED this 13th day of June, 2019.

_____
Cam Ferenbach
United States Magistrate Judge