ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
Clark County Detention Center,
Erroneously named as "Clark County, Ex Rel -
The Clark County Sheriff's Office",
Sgt. David Aspiazu, and
Corrections Officer Erin Hood

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| DAVID GONZALEZ, | CASE NO. 2:17-cv-0607-JAD-VCF |
| Plaintiff, | **STIPULATION TO RESET SETTLEMENT CONFERENCE** |
| vs. | |
| CLARK COUNTY, EX REL – THE CLARK COUNTY SHERIFF'S OFFICE, SGT. ASPIAZU, 7117, CO HOOD, #9902 | |
| Defendants. | |

Pursuant to the Order (ECF No. 82) a settlement conference has been scheduled on

October 2, 2019, at 10:00 a.m., in the chambers of United States Magistrate Judge, Cam

Ferenbach.  Counsel for Defendants is attending a Settlement Conference in Howard v. Bonnie

Polley et al., 2:16-cv-1553-MMD-DJA on October 2, 2019 at 9:30 a.m.

Defendant Clark County Detention Center, erroneously named as Clark County, Ex Rel –

The Clark County Sheriff's Office, Sgt. David Aspiazu, and Corrections Officer Erin Hood, by

and through their attorneys, Robert W. Freeman, Esq., of LEWIS BRISBOIS BISGAARD &

SMITH, LLP, and Plaintiff David Gonzalez, by and through his counsel, Nathan E. Lawrence, of

GALLIAN WELKER & BECKSTROM, L.C., respectfully request that the settlement conference

be reset to a time when all parties are available.  Therefore, the Plaintiff and Defendants hereby

submit five (5) potential settlement conference dates that the parties are available:

1.    Tuesday, October 22, 2019;

2.    Wednesday, October 23, 2019;

3.    Thursday, October 24, 2019;

4.    Wednesday, October 30, 2019; and

5.    Wednesday, November 6, 2019.

If the above dates are not available the parties request that the Settlement Conference be reset to a future date that is available on the Court's calendar.

IT IS SO STIPULATED.

DATED this 13th day of September, 2019.    DATED this 13th day September, 2019.

LEWIS BRISBOIS BISGAARD & SMTIH    GALLIAN WELKER & BECKSTROM, L.C.

*/s/ Robert W. Freeman*    */s/ Nathan E. Lawrence*
Robert W. Freeman, Esq.    Nathan E. Lawrence, Esq.
Nevada Bar No. 3062    Nevada Bar No. 15060
6385 S. Rainbow Blvd, Suite 600    540 E. St. Louis Ave.
Las Vegas, Nevada 89118    Las Vegas, Nevada 89104
*Attorneys for Defendants*    *Attorney for Plaintiff*
_____

## ORDER

IT IS SO ORDERED.

Dated this 13th day of September, 2019.

_____
U.S. MAGISTRATE JUDGE

IT IS HEREBY ORDERED that the settlement conference scheduled for October 2, 2019, is VACATED and RESCHEDULED to 10:00 AM, November 6, 2019. The confidential statement is due October 30, 2019. All else as stated in the scheduling order (ECF No. 82) remains unchanged.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW