# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

DAVID GONZALEZ,

        Plaintiff,

vs.

CLARK COUNTY, EX REL – THE CLARK COUNTY SHERIFF'S OFFICE, SGT. ASPIAZU, 7117, CO HOOD, #9902,

        Defendants.

2:17-cv-00607-JAD-VCF

**ORDER TO PRODUCE**

**TO: NEVADA DEPARTMENT OF CORRECTIONS; and**

**TO: WARDEN OF HIGH DESERT STATE PRISON,**

**UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA AND ANY**

**OTHER UNITED STATES MARSHAL**

THE COURT HEREBY FINDS that David Gonzalez, Inmate No. 1132251, is presently in custody of High Desert State Prison, 22010 Cold Creek Rd., Indian Springs, Nevada 89070.

IT IS HEREBY ORDERED that the Warden of High Desert State Prison, or his designee, shall transport and produce David Gonzalez, Inmate No. 1132251, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on November 6, 2019, at the hour of 10:00 a.m., in LV Courtroom 3D, to attend a settlement conference in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said, David Gonzalez, Inmate No. 1132251, is released and discharged by the said Court; and that the said

David Gonzalez, Inmate No. 1132251, shall thereafter be returned to the custody of the Warden of High Desert State Prison, under safe and secure conduct.

DATED this 7th day of October, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE