# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

DAVID GONZALEZ, an individual;

        Plaintiff,

v.

CLARK COUNTY, ex rel. – The Clark County Sheriff's Office; SGT. ASPIAZU, #7117; CO HOOD, #9902;

        Defendants.

Case No.: 2:17-cv-00607-JAD-VCF

**ORDER TO PRODUCE**

**TO: NEVADA DEPARTMENT OF CORRECTIONS; and**

**TO: WARDEN OF THREE LAKES VALLEY CONSERVATION CAMP, UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA AND ANY OTHER UNITED STATES MARSHAL**

THE COURT HEREBY FINDS that David Gonzalez, Inmate No. 1132251, is presently in custody of Three Lakes Valley Conservation Camp, 20825 Cold Creek Rd., Indian Springs, Nevada 89070.

IT IS HEREBY ORDERED that the Warden of Three Lakes Valley Conservation Camp, or his designee, shall transport and produce David Gonzalez, Inmate No. 1132251, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on November 6, 2019, at the hour of 10:00 a.m., in LV Courtroom 3D, to attend a settlement conference in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said, David Gonzalez, Inmate No. 1132251, is released and discharged

by said Court; and that the said David Gonzalez, Inmate No. 1132251, shall thereafter be returned to the custody of the Warden of Three Lakes Valley Conservation Camp, under safe and secure conduct.

DATED this 16th day of October, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

By: _/s/ Nathan E. Lawrence_____
Nathan E. Lawrence, Esq., SBN 15060
GALLIAN WELKER & BECKSTROM, L.C.
540 E. St. Louis Avenue
Las Vegas, Nevada 89104
*Attorneys for Plaintiff*

Approved as to form and content by:

By: _/s/ Robert W. Freeman_____
Robert W. Freeman, Esq., SBN 3062
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants*